IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURRY COMMUNICATIONS, INC. : | |
| Plaintiff : | |
| v. : | CIVIL ACTION NO. 05-1326 |
| VERIZON PENNSYLVANIA, INC. : | |
| Defendant : | |

## STIPULATION OF DISMISSAL

The parties, having settled the claim, stipulate to the dismissal of the action with prejudice and Plaintiff withdraws its objections to the Report and Recommendation of Magistrate Judge Mitchell.

Edmund J. Berger
Attorney I.D. #53407

Attorney for Plaintiff

2104 Market Street
Camp Hill, PA 17011

Phone: 717-920-8900
Fax: 717-920-8901
E-mail: tberger@bergerlawfirm.net

Bruce C. Fox, Esq.
Attorney I.D. #42576

Attorney for Defendant

One Mellon Center, Suite 5240
500 Grant Street
Pittsburgh, PA 15219

Phone: (412) 566-1500
Fax:    (412) 566-1508
E-mail: bruce.fox@obermayer.com

SO ORDERED, this 23rd day of July, 2007.

Gary L. Lancaster, U.S. District Judge